**O'MELVENY & MYERS LLP**
Daniel S. Shamah
7 Times Square
New York, New York 10036
(212) 326-2000

Evan M. Jones (*pro hac vice*)
400 South Hope Street
18th Floor
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Heatherden Securities LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RELATIVITY FASHION, LLC, *et al.*, | ) | Case No. 15-11989 (MEW) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN, that Appellant Heatherden Securities LLC by and through its attorneys, hereby appeals pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, to the United States District Court for the Southern District of New York from the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") the Bankruptcy Court's *Final Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code (I) Authorizing Debtors to Obtain Superpriority Secured Debtor-In-Possession Financing, (II) Authorizing Debtors to Use Cash Collateral, (III) Granting Adequate Protection to the Cortland Parties, and (IV) Granting Related Relief*, which was entered on August 27, 2015, as Docket No. 342, and attached here as Exhibit A.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

(*The remainder of this page is intentionally blank.*)

Appellant and Counsel:

O'MELVENY & MYERS LLP
Daniel S. Shamah
7 Times Square
New York, NY 10036
Tel:    (212) 326-2000

Evan M. Jones (*pro hac vice*)
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Tel:    (213) 430-6000

*Attorneys for Heatherden Securities LLC*

Appellee and Counsel:

JONES DAY
Richard L. Wynne
Bennett L. Spiegel
Erin N. Brady
Lori Sinanyan
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Tel:    (213) 243-2548

Dana Baiocco
100 High Street, 21st Floor
Boston, MA 02110
Tel:    (617) 449-6889

-and-

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Craig A. Wolfe
Blanka K. Wolfe
Malani J. Cademartori
30 Rockefeller Plaza
New York, NY 10112
Tel:    (212) 634-3071

*Attorneys for Relativity Fashion, LLC et al., Debtors and Debtors-in-Possession*

Parties-in-Interest

KAYE SCHOLER LLP
Daniel J. Hartnett
Seth J. Kleinman
Three First National Plaza
70 West Madison Street
Suite 4200
Chicago, IL 60602
Tel:    (312) 583-2300

MILBANK, TWEED, HADLEY & MCCLOY LLP
Mark Shinderman
Haig Maghakian
601 S. Figueroa St., 30th Floor
Los Angeles, CA 90017
Tel:    (213) 892-4000

Dennis C. O'Donnell
28 Liberty Street
New York, NY 10005
Tel:    (212) 530-5000

*Attorneys for Ad Hoc Group of Term Loan Lenders, DIP Lenders, and Stalking Horse Bidder*

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Frank A. Oswald
One Penn Plaza, Suite 3335
New York, NY 10119
Tel:    (212) 594-5000

*Attorneys to the Official Committee of Unsecured Creditors*

\*   \*   \*

Dated: September 10, 2015
New York, New York

**O'MELVENY & MYERS LLP**

/s/ Evan M. Jones
Daniel S. Shamah
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: dshamah@omm.com

Evan M. Jones (*pro hac vice*)
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
Email: ejones@omm.com

*Attorneys for Heatherden Securities LLC*