**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RELATIVITY FASHION, LLC, *et al.*, | ) | Case No. 1:15-cv-07564-SAS |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEAL

Heatherden Securities LLC hereby withdraws its Notice of Appeal, dated September 10, 2015 [Doc. 1] from the following order of the United States Bankruptcy Court, Southern District of New York (Honorable Michael E. Wiles): Final Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code (I) Authorizing Debtors to Obtain Superpriority Secured Debtor-in-Possession Financing, (II) Authorizing Debtors to Use Cash Collateral, (III) Granting Adequate Protection to the Cortland Parties, and (IV) Granting Related Relief [Doc. No. 342], dated August 27, 2015.

*(Remainder of this page intentionally left blank.)*

Dated:	October 15, 2015
	New York, New York

                                       **O'MELVENY & MYERS LLP**

                                       */s/ Daniel S. Shamah*
                                       Daniel S. Shamah
                                       7 Times Square
                                       New York, NY 10036
                                       Tel:	(212) 326-2000
                                       Fax:	(212) 326-2061
                                       Email:	dshamah@omm.com

                                       *Attorney for Heatherden Securities LLC*